UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.: 1:13-cr-009 |
| v. | : | MAGISTRATE JUDGE BOWMAN |
| REGINA SHIELDS | : | **MOTION AND ORDER** **TO UNSEAL INDICTMENT** **AND ARREST WARRANT** |

The United States respectfully requests that the Court unseal the Indictment, Arrest Warrant, and any other pleadings in the above-numbered case.

Respectfully submitted,
CARTER M. STEWART
United States Attorney

s/Timothy S. Mangan
TIMOTHY S. MANGAN (069287)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711; Fax: (513) 684-6385

IT IS **ORDERED** that the Indictment, Arrest Warrant, and any other pleadings in the above-numbered case shall now be unsealed.

1/23/12
DATE

HONORABLE STEPHANIE K. BOWMAN
United States Magistrate Judge

FILED JAN 23 2013 JOHN P. HEHMAN, Clerk CINCINNATI, OHIO